1068 

JANUARY 5, 2000

No. 99-7618 (99A545). IN RE JOHNSON. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

JANUARY 7, 2000

No. 99-387. RALEIGH, CHAPTER 7 TRUSTEE FOR THE ESTATE OF STOECKER v. ILLINOIS DEPARTMENT OF REVENUE. C. A. 7th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, February 22, 2000. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, March 23, 2000. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 10, 2000. This Court's Rule 29.2 does not apply. 

No. 99-579. HARRIS TRUST AND SAVINGS BANK, AS TRUSTEE FOR THE AMERITECH PENSION TRUST, ET AL. v. SALOMON SMITH BARNEY INC. ET AL. C. A. 7th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, February 22, 2000. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, March 23, 2000. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 10, 2000. This Court's Rule 29.2 does not apply. 